LEVITON MANUFACTURING
CO., INC., Appellant,

v.

INTERNATIONAL TRADE
COMMISSION,
Appellee,

and

Fujian Hongan Electric Co., Ltd. and
Zhejiang Trimone Electric Science &
Technology Co., Ltd., Intervenors.

994

Fujian Hongan Electric Co., Ltd. and Zhejiang Trimone Electric Science & Technology Co., Ltd., Appellants,

v.

International Trade Commission, Appellee,

and

Leviton Manufacturing Co., Inc., Intervenor.

Nos. 2012–1483, 2012–1493.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2013.

Rehearing Denied Oct. 17, 2013.

Larry L. Shatzer, Wilson Sonsini Goodrich & Rosati, of Washington, DC, argued for Leviton Manufacturing Co., Inc. With him on the brief were Veronica S. Ascarrunz and Shaun R. Snader; Stefani E. Shanberg, of San Francisco, California; Matthew A. Argenti, of Palo Alto, California; and Natalie J. Morgan, of San Diego, California.

Clark S. Cheney, Attorney, Office of General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were Dominic L. Bianchi, Acting General Counsel and Wayne W. Herrington, Assistant General Counsel.

Lei Mei, Mei & Mark, LLP, of Washington, DC, argued for Fujian Hongan Electric Co., Ltd., et al. With him on the brief was Reece W. Nienstadt.

PROST, MOORE, and O'Malley, Circuit Judges.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.